**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
          *Plaintiff-Appellee,*

v.

RODRIGO ALEJANDRO MORALES-
PEREZ,
          *Defendant-Appellant.*

No. 05-10115

D.C. No.
CR-04-00094-JCM

ORDER

Filed April 19, 2006

Before: Alfred T. Goodwin, Diarmuid F. O'Scannlain, and
Richard C. Tallman, Circuit Judges.

_____

**ORDER**

The panel opinion and Judge Tallman's dissent filed on
February 22, 2006, are withdrawn. A substitute opinion will
issue in due course. The petition for rehearing en banc is
denied as moot without prejudice to renewal by either party
following issuance of the new opinion.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2006 Thomson/West.